IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BUMBAUGH and SOLANGE BUMBAUGH,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BEKINS COMPANY, TRI VALLEY WORLDWIDE M/S dba TRI VALLEY BEKINS, and DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C 05-04387 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL** |

The stipulated dismissal of this action pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 2, 2005

                                        WILLIAM ALSUP<br>
                                        UNITED STATES DISTRICT JUDGE